IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 07-cv-00755-ZLW-CBS

LaFARGE WEST, INC., a Delaware Corporation,

    Plaintiff,

v.

NORTH BANK HOLDINGS LLC, a Colorado Limited Liability Company,
GYPSUM RANCH CO., LLC, a Colorado Limited Liability Company, and
COLORADO RIVER RANCH, LLC, a Colorado Limited Liability Company,

    Defendants.

_____

ORDER
_____

After consideration of the case file herein, I hereby exercise my discretion as a senior judge to decline this case. Therefore, it is

ORDERED that this case is returned to the Clerk's office for reassignment to another judge.

Dated at Denver, Colorado, this   17   day of April, 2007.

BY THE COURT:

_____

ZITA L. WEINSHIENK, Senior Judge
United States District Court