IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 07-cv-00755-WDM-CBS

LAFARGE WEST, INC.,

    Plaintiff,

v.

NORTH BANK HOLDINGS, LLC., et al.,

    Defendants.

_____

## MINUTE ORDER
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    Plaintiff's unopposed motion to withdraw motion for preliminary injunction, filed September 4, 2007 is granted.

Dated:  September 14, 2007

                                  s/ Kathy Preuitt-Parks, Deputy Clerk