IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 07-cv-00755-WDM-CBS

LAFARGE WEST, INC.,

    Plaintiff,

v.

NORTH BANK HOLDINGS, LLC., et al.,

    Defendants.

---

**NOTICE OF DISMISSAL**

---

The court takes judicial notice that the parties have filed a Stipulation for Dismissal With Prejudice in accordance with Fed. R. Civ. P. 41(a)(1). Accordingly, all claims and counterclaims are dismissed with prejudice, each party to pay his or its own costs and attorneys' fees.

DATED at Denver, Colorado, on November 5, 2007.

                              BY THE COURT:

                              s/ Walker D. Miller
                              United States District Judge